**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL A. HELEVA,** | : | **CIVIL ACTION NO. 1:05-CV-1139** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SGT. JOSEPH KRAMER, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 18th day of July, 2005, upon consideration of plaintiff's application to proceed *in forma pauperis* (Doc. 5), it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 5) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. The United States Marshal is directed ti serve plaintiff's complaint (Doc. 1) on the defendants named therein.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge