# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL A. HELEVA,** : | CIVIL ACTION NO. 1:05-CV-1139 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **SGT. JOSEPH KRAMER, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 2nd day of March, 2007, upon consideration of the Judgment and Mandate of the United States Court of Appeals for the Third Circuit (Docs. 44-45), affirming in part and reversing in part this Court's Order of January 27, 2006 (Doc. 27) dismissing plaintiff's amended complaint, it is hereby ORDERED that the United States Marshal is directed to serve the plaintiff's amended complaint and supporting documentation (Docs. 18, 19, 20, 22), the Court's Order (Doc. 27), and the Judgment and Mandate of the United States Court of Appeals for the Third Circuit (Doc. 44) on the defendants named therein.

                                                             S/ Christopher C. Conner
                                                             CHRISTOPHER C. CONNER
                                                             United States District Judge