# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL A. HELEVA,** : | **CIVIL ACTION NO. 1:05-CV-1139** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **SGT. JOSEPH KRAMER**, et al., : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 9th day of April 2007, upon consideration of plaintiff's motion for appointment of counsel (Doc. 48), and it appearing that plaintiff is capable of properly and forcefully prosecuting his claims with adequate factual investigation and appropriate citations to governing authority (Docs. 1, 25, 26, 49), and that resolution of the merits of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Montgomery v. Pinchak, 294 F. 3d 492, 499 (3d Cir. 2002) see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 48) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge